STEVEN G. KALAR
Federal Public Defender
HEATHER M. ANGOVE
Assistant Federal Public Defender
55 S. Market Street, Suite 820
San Jose, CA  95113
(408) 291-7753
(408)  291-7399
Heather_Angove@fd.org

Counsel for Defendant DEANDRE SNEAD

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 12-00649 CW |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER TO MODIFY BRIEFING SCHEDULE |
| | ) | |
| v. | ) | |
| | ) | |
| DEANDRE SNEAD, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

On May 31, 2016, Mr. Snead filed a Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255.  On June 3, 2016, this Court issued an Order to Show Cause setting a briefing schedule for the Motion to Vacate.  Under the current schedule, Respondent's answer is due 75 days from May 31, 2016, and Mr. Snead's traverse is due 45 days from the filing of the Answer.

According to the Bureau of Prisons website, Mr. Snead's current release date is November 8, 2016. Mr. Snead has been in custody since May 27, 2012, the day of his arrest.  PSR at 1.  The Court sentenced Mr. Snead on April 8, 2013.  If Mr. Snead is successful in his motion, his new Guidelines range would be 37-46 months.  In light of this, and the possibility of an appeal or a certificate of appealability, the parties request a modification to the current briefing

schedule.  The parties stipulate to the following schedule:

**July 1, 2016**: Respondent's deadline to file an Answer to the Motion to Vacate

**July 15, 2016**: Mr. Snead's deadline to file a Traverse.


DATED:        June 7, 2016                                          /s
                                                          HEATHER M. ANGOVE
                                                          Assistant Federal Public Defender


DATED:        June 7, 2016                                          /s
                                                          J. DOUGLAS WILSON
                                                          Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>DEANDRE SNEAD,<br><br>        Defendant. | No. CR 12-00649 CW<br><br>**[PROPOSED] ORDER GRANTING MOTION TO MODIFY BRIEIFNG SCHEDULE** |

Good Cause Appearing, upon the stipulation of the parties, IT IS HEREBY ORDERED that the briefing schedule on the Motion to Vacate, Set Aside or Correct Sentence under 28 U.S.C. §2255 shall be modified as follows: Respondent shall file an answer to the Motion to Vacate by July 1, 2016. Mr. Snead shall file a traverse by July 15, 2016.

June 7, 2016                    /s/ Claudia Wilken
DATED                           THE HONORABLE CLAUDIA WILKEN
                                United States District Judge