IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 12-0649 CW |
| Plaintiff, | |
| v. | ORDER GRANTING CERTIFICATE OF APPEALABILITY |
| DEANDRE SNEAD, | |
| Defendant. | |

On August 2, 2016, this Court denied Movant Deandre Snead's motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255.  The Court found that Movant's prior conviction for second-degree robbery, in violation of California Penal Code section 211, qualified as a crime of violence, as defined by the Career Offender Guideline, without relying on the residual clause.  The Court denied Movant's request for a certificate of appealability.  On August 5, 2016, Movant filed a notice of appeal.

The Court has reconsidered the reasoning underlying the denial of the § 2255 motion in this case.  See United States v. Walker, Case No. 12-430.  The Court is now of the view that the certificate of appealability should be granted and hereby grants it sua sponte.

Dated: October 6, 2016

CLAUDIA WILKEN
United States District Judge